UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

ZUCHAER & ZUCHAER CONSULTING LLC           Civil Action No. 1:20-cv-8703

                Plaintiff,

-against-

                                                **RULE 7.1 STATEMENT**

PROJECT VERTE INC.

                Defendants.

------------------------------------------------------------------------x

Plaintiff Zuchaer & Zuchaer Consulting LLC ("Plaintiff"), by its attorneys Rosenberg & Steinmetz PC, certifies the following:

1. No publicly held corporation owns 10% or more of Plaintiff.

2. There are no parent entities of Plaintiff.

Dated: Valley Stream, New York
         October 19, 2020

                                      **ROSENBERG & STEINMETZ PC**
                                      *Attorneys for Plaintiff*

                                      By:   /S/ Rachelle Rosenberg
                                            Rachelle Rosenberg
                                    181 South Franklin Avenue, Suite 604
                                    Valley Stream, New York 11581
                                    Tel. (212) 743-9904
                                    E-mail: rrosenberg@rspclawyers.com