UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ZUCHAER & ZUCHAER CONSULTING LLC,<br><br>                Plaintiff,<br><br>  -against-<br><br>PROJECT VERTE INC.,<br><br>                Defendant.<br><br>PROJECT VERTE, INC.,<br><br>                Counterclaim-Plaintiff,<br><br>  -against-<br><br>ZUCHAER & ZUCHAER CONSULTING, LLC, MOSHE ZUCHAER, JOSSEF KAHLON, and TNJ HOLDINGS, INC.,<br><br>                Counterclaim-Defendants. | 20-cv-08703-VM<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant and Counterclaim-Plaintiff Project Verte, Inc., by its attorneys Simon▪Lesser PC, states that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
        January 11, 2021

                                            SIMON▪LESSER PC

                                            By: _____
                                                 Leonard F. Lesser, Esq.
                                            355 Lexington Avenue, 10th Floor
                                            New York, New York 10017
                                            t: 212.599.5455
                                            f: 212.599.5459

                                            *Attorneys for Defendant and Counterclaim Plaintiff*
                                            *Project Verte*