UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZUCHAER & ZUCHAER CONSULTING LLC,

       Plaintiff,

 -against-

PROJECT VERTE INC.,

       Defendant.

PROJECT VERTE INC.

       Counterclaim-Plaintiff

 -against-

ZUCHAER & ZUCHAER CONSULTING, LLC, MOSHE ZUCHAER, JOSSEF KAHLON, and TNJ HOLDINGS, INC.

       Counterclaim-Defendants

20-cv-8703-VM

**PROPOSED STIPULATION EXTENDING TIME TO RESPOND TO COUNTERCLAIMS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/4/2021__

---

  **IT IS HEREBY STIPULATED AND AGREED**, that the time for plaintiff Zuchaer & Zuchaer Consulting, LLC and Moshe Zuchaer ("Counterclaim Defendants") to answer or otherwise move in response to the Answer With Affirmative Defenses And Counterclaims (the "Counterclaims"), filed in this action on January 11, 2021 is hereby extended to and including March 19, 2021.

  Moshe Zuchaer, by his counsel, waives service of the Summons and Counterclaims, but keeps all defenses and objections, including personal jurisdiction (except any relating to the summons or to the service of the summons).

   This Stipulation may be executed in counterparts, with signatures exchanged electronically (.pdf) or by fax.

Dated: New York, NY
   January 28, 2021

| ROSENBERG & STEINMETZ PC | SIMON▪LESSER PC |
|---|---|
| By: _____<br> Rachelle Rosenberg, Esq.<br>181 S. Franklin Avenue, Ste. 604<br>Valley Stream, NY 11581<br>T: 212.743.9904<br>RRosenberg@RSPCLawyers.com<br>*Attorneys for counterclaim defendants Zuchaer & Zuchaer Consulting LLC and Moshe Zuchaer* |  /s/ Leonard F. Lesser<br>By: _____<br> Leonard F. Lesser, Esq.<br>355 Lexington Avenue, 10th Floor<br>New York, NY 10017<br>T: 212.599.5455<br>llesser@simonlesser.com<br>*Attorneys for defendant and counterclaim plaintiff Project Verte Inc.* |

**SO ORDERED.**

2/4/2021

DATE       VICTOR MARRERO, U.S.D.J.