UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------X
ZUCHAER & ZUCHAER CONSULTING,     :
LLC, et al.,                      :
                                  :
                Plaintiffs,       :
                                  :          20 Civ. 8703 (VM)
        -against-                 :          ORDER
                                  :
PROJECT VERTE INC.,               :
                                  :
                Defendant.        :
---------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/15/2021__

VICTOR MARRERO, U.S.D.J.:

On March 15, 2021, Plaintiff and Counterclaim-Defendant filed a letter motion requesting a conference to obtain guidance or a ruling on whether an amendment or pre-answer motion to dismiss is warranted in this matter. (See Dkt. No. 24.) After reviewing the submission, including the parties' correspondence, the Court does not believe a conference is necessary at this time. Instead, the court is inclined to treat the parties' pre-motion letters as a motion to dismiss, See Kapitalforeningen Lægernes Invest. v. United Techs. Corp., 779 F. App'x 69, 70 (2d Cir. 2019) (affirming the district court ruling deeming an exchange of letters as a motion to dismiss), but if further briefing becomes necessary the Court will direct the parties to file additional material.

SO ORDERED:

Dated:    New York, New York
          15 April 2021

_____
          Victor Marrero
          U.S.D.J.