```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
Z&Z Consulting LLC,                :
                                   :
                Plaintiff,         :
                                   :    20 Civ. 8703 (VM)
        -against-                  :    ORDER
                                   :
Project Verte Inc., et al.,        :
                                   :
                Defendants.        :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

    Upon request of the Plaintiff and Defendant Project Verte Inc., the case management conference scheduled for August 12, 2022 is hereby adjourned until September 9, 2022 at 11:30 AM.

**SO ORDERED:**

    Dated: New York, New York
           09 August 2022

_____
Victor Marrero
U.S.D.J.