```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
Z&Z Consulting LLC,                :
                                   :
            Plaintiff,             :
                                   :      20 Civ. 8703 (VM)
       -against-                   :         ORDER
                                   :
Project Verte Inc., et al.,        :
                                   :
            Defendants.            :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

    Upon request of Defendant Project Verte Inc., the case management conference scheduled for September 9, 2022 is hereby adjourned until November 18, 2022 at 1:30 PM.

**SO ORDERED:**

    Dated: New York, New York
          07 September 2022

_____
                    Victor Marrero
                       U.S.D.J.