```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Z&Z Consulting LLC,

              Plaintiff,

    - against -

Project Verte Inc., et al.,

             Defendants.

**20 CV 8703 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

    The Status Conference scheduled in this action for November 18, 2022 at 1:30 PM is hereby rescheduled to November 18, 2022 at 11:30 AM.

**SO ORDERED.**

Dated:    16 November 2022
            New York, New York

                                                    Victor Marrero
                                                      U.S.D.J.