# SIMON■LESSER PC

Leonard F. Lesser
llesser@simonlesser.com

Simon■Lesser PC
Counsellors at Law
100 Park Avenue, 16th Floor
New York, New York 10017
T: 212.599.5455
F: 212.599.5459

May 4, 2023

**By ECF**

Honorable Magistrate James L. Cott
United State District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *Zuchaer and Zuchaer Consulting LLC v. Project Verte Inc., et al., 20-cv-08703 (VM)*

Dear Magistrate Judge Cott:

Pursuant to your January 30, 2023 Order, I write to advise the Court that the Chapter 7 Bankruptcy of defendant Project Verte, Inc. is proceeding in the United States Bankruptcy Court for the District of Delaware, Docket 23-10101-LSS, before Hon. Laurie Selber Silverstein.

I have been advised by counsel for the Bankruptcy Trustee, Alfred T. Giuliano, that the Trustee is in the process of administering the Bankruptcy estate of Project Verte, Inc. pursuant to his duties under the Bankruptcy Code.

Respectfully submitted,

*Leonard F. Lesser*
Leonard F. Lesser


cc: all counsel of record (by ECF)