# SIMON▪LESSER PC

Leonard F. Lesser
llesser@simonlesser.com

Simon▪Lesser PC
Counsellors at Law
100 Park Avenue, 16th Floor
New York, New York 10017
T: 212.599.5455
F: 212.599.5459

November 8, 2023

**By ECF**

Honorable Magistrate James L. Cott
United State District Court, Southern District of
New York
500 Pearl Street
New York, New York 10007

**Re:**  ***Zuchaer and Zuchaer Consulting LLC v. Project Verte Inc., et al., 20-cv-08703 (VM)***

Dear Magistrate Judge Cott:

Pursuant to your January 30, 2023 Order, I write to advise the Court that the Chapter 7 Bankruptcy of Project Verte, Inc. continues to proceed in the United States Bankruptcy Court for the District of Delaware, Docket 23-10101-LSS, before Hon. Laurie Selber Silverstein.

I have been advised that the Bankruptcy Trustee, Alfred T. Giuliano, is still in the process of administering the Bankruptcy estate of the Debtor pursuant to his duties under the Bankruptcy Code.

Respectfully submitted,

*Leonard F. Lesser*
Leonard F. Lesser


cc: all counsel of record (by ECF)