# SIMON▪LESSER PC

Leonard F. Lesser
llesser@simonlesser.com

Simon▪Lesser PC
Counsellors at Law
100 Park Avenue, 16th Floor
New York, New York 10017
T: 212.599.5455
F: 212.599.5459

April 12, 2024

**By ECF**

Honorable Magistrate James L. Cott
United State District Court, Southern District of
New York
500 Pearl Street
New York, New York 10007

**Re:**   *Zuchaer and Zuchaer Consulting LLC v. Project Verte Inc., et al., 20-cv-08703 (VM)*

Dear Magistrate Judge Cott:

I am counsel to the Chapter 7 Bankruptcy Trustee of Project Verte, Inc. ("Debtor").

Pursuant to Your Honor's March 12, 2024 Order, I have attached as Exhibit A the January 26, 2024 Order of United States Bankruptcy Judge Laurie Silber Silverstein of the United States Bankrupcy Court for the District of Delaware approving the settlement agreement between the Debtor and plaintiff Zuchaer and Zuchaer Consulting LLC ("Plaintiff"), and which provides that Plaintiff's claims in this action against the Debtor be dismissed with prejudice, and that the Debtor's counterclaims asserted against Jossef Kahlon ("Kahlon"), and TNJ Holdings, Inc. ("TNJ") be dismissed without prejudice.

A copy of the Stipulation of Discontinuance signed by counsel for Plaintiff and the undersigned for the Debtor is attached as Exhibit B.

Earlier this afternoon, I was advised by incoming counsel for Kahlon and TNJ, Minyao Wang, Esq., that they "are not willing to sign a stipulation of dismissal unless the dismissal is with prejudice in relation to the counterclaims asserted against them." As I explained to attorney Wang, the Bankruptcy Trustee is still in the process of administering the Debtor's estate and that to the extent that the Bankruptcy Trustee decides to pursue any claims against Kahlon and/or TNJ, it will be in the Delaware Bankruptcy Court which is why the dismissal of the Debtor's counterclaims against Kahlon and TNJ are without prejudice.

Respectfully submitted,

*Leonard F. Lesser*
Leonard F. Lesser


cc: all counsel of record (by ECF)