UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ZUCHAER & ZUCHAER CONSULTING LLC,

                               Plaintiff,

      -against-

PROJECT VERTE INC.,

                               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

20-cv-8703-VM

**STIPULATION OF VOLUNTARY DISMISSAL PURSANT TO FRCP 41(a)(1)(A)(ii)**

PROJECT VERTE INC.

                        Counterclaim-Plaintiff

      -against-

ZUCHAER & ZUCHAER CONSULTING, LLC, MOSHE
ZUCHAER, JOSSEF KAHLON, and TNJ HOLDINGS,
INC.

                        Counterclaim-Defendants

---

## STIPULATION OF DISMISSAL

To The Honorable Victor Marrero, United States District Judge:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Bankr. P. 7041, and in accordance with the terms of that certain court-approved Settlement and Release Agreement, the parties to this action hereby stipulate that in this action: on the one hand, (i) Zuchaer & Zuchaer Consulting LLC and Moshe Zuchaer's (together, "Zuchaer") claims against Project Verte Inc. ("Debtor") and (ii) Debtor's counterclaims against Zuchaer shall be dismissed with prejudice; and, on the other hand, (iii) Debtor's counterclaims against Jossef Kahlon ("Kahlon") and TNJ Holdings,

Inc. ("TNJ") and (iv) Kahlon and TNJ's counterclaims against Debtor shall be dismissed without prejudice, all such dismissals without costs, and with the parties waiving all rights of appeal. For the avoidance of doubt, this Stipulation of Dismissal shall in no way be construed as a waiver or release of any other claims or causes of action held by the Debtor's Chapter 7 estate against any of the parties to this action.

Dated: February 9, 2024                              Respectfully submitted,

Alfred T. Giuliano, in his capacity as chapter 7 trustee for the estate of Project Verte Inc.
By his counsel:

*Leonard F Lesser*
_____

Leonard F. Lesser
SIMON LESSER P.C.
355 Lexington Avenue
10th Floor
New York, NY 10170
Tel: (212) 599-5455
Email: llesser@simonlesser.com


Zuchaer & Zuchaer Consulting, LLC
By counsel:

_____

Rachelle Rosenberg
ROSENBERG & STEINMETZ PC
181 S Franklin Avenue, Ste 103
Valley Stream, NY 11581
Tel: (212) 743-9916
Email: rrosenberg@rspclawyers.com


Moshe Zuchaer
By his counsel:

_____

Rachelle Rosenberg
ROSENBERG & STEINMETZ PC
181 S Franklin Avenue, Ste 103
Valley Stream, NY 11581
Tel: (212) 743-9916
Email: rrosenberg@rspclawyers.com

Jossef Kahlon
By his counsel:


_____
Daniel L. Abrams
LAW OFFICE OF DANIEL L. ABRAMS, PLLC
2 Penn Plaza
Suite 1910
New York, NY 10005
Dan@LawyerQuality.com


TNJ Holdings, Inc.
By counsel:


_____
Daniel L. Abrams
LAW OFFICE OF DANIEL L. ABRAMS, PLLC
2 Penn Plaza
Suite 1910
New York, NY 10005
Dan@LawyerQuality.com